**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-06307 CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,    )
                            )
        Plaintiff,           )
v.                          )
                            )
VALERIE ENRIQUE             )
and                         )
AIRBAGS EXPRESS, INC.,      )
                            )
        Defendants.         )
_____ )

FILED BY CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FL. - MIAMI
00 OCT 19 PM 12: 07

### ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Government's Motion is hereby granted, and the Clerk of the Court will seal the Motion and documents set forth therein until further order of the Court.

DONE and ORDERED this ____ day of October, 2000.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE