# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.
AIRBAGS EXPRESS, INC.

## SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 00-6307-CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| FEDERAL COURTHOUSE<br>299 EAST BROWARD BLVD.<br>FT. LAUDERDALE, FL | MAGISTRATE COURT |
| | Date and Time |
| Before: | 10-27-0 12:00pm |

To answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title  49    Section(s)  46312

Brief description of offense:

WILLFUL DELIVERY OF PROPERTY CONTAINING HAZARDOUS MATERIAL TO AN AIR CARRIER FOR TRANSPORTATION IN AIR COMMERCE.

_____          10-19-00
Signature of Issuing Officer                Date

WILLIAM C. TURNOFF, US Magistrate Judge
Name and Title of Issuing Officer

This form was electronically produced by Elite Federal Forms, Inc.