COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Airbags Express (summons)      CASE NO: 00-6307-CR-Dimitrouleas
AUSA: Tom Watts-Fitzgerald /Rice      ATTNY: Fred Haddad
AGENT: _____                        VIOL: (perm)
PROCEEDING: Initial Appearance        BOND REC: _____

BOND HEARING HELD - yes/no            COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of Indictment waived
Not Guilty plea entered
... demanded
... y Order requested

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PID/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 11-15-00   11:00am   SNOW
DATE: 10-31-00    TIME: 11:00am   TAPE # 00-088   PG # 4
542-65