UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6307-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Airbags Express

ARRAIGNMENT INFORMATION SHEET

    The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   10-31-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:           Address:_____

Telephone:_____

DEFENSE COUNSEL:     Name:_____Fred Haddad_____

Address:_____

Telephone:_____

BOND SET/CONTINUED:  $_____not applicable_____

Bond hearing held: yes_____ no _x__ Bond hearing set for_____

Dated this___31___ day of _October_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By:_____
    Deputy Clerk

Tape No. _00-088_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

