```
                    HONORABLE MAGISTRATE JUDGE LURANA S. SNOW
                                STATUS CONFERENCE
    (USM do not bring defendants for status hearing)
                                                     6307
    DEFT VALERIE ENRIQUE/AIRBAGS EXPRESS CASE NO:  00-6037-CR-DIMITROULEAS
    AUSA  TOM WATTS-FITZGERALD          ATTY  FRED HADDAD
```

No pending motions
M/ due 11-29

00-053
   C 2263
   and 2395

```
    DEFT_____CASE NO:_____
    AUSA_____ATTY_____




    DEFT_____CASE NO:_____
    AUSA_____ATTY_____




    DEFT_____CASE NO:_____
    AUSA_____ATTY_____




    DEFT_____CASE NO:_____
    AUSA_____ATTY_____




    DEFT_____CASE NO:_____
    AUSA_____ATTY_____


    DATE    11-15-00                     TIME  11:00
```

