UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6307-CR-DIMITROULEAS

    Plaintiff,

vs.

VALERIE ENRIQUE and
AIRBAGS EXPRESS, INC.,

    Defendant.
_____/

**O R D E R**

THIS CAUSE having come before the Court on the Defendant's November 17, 2000

Supplement To Motion For Continuance [DE-24], and the Court having been duly advised, it is

hereby

ORDERED AND ADJUDGED that said motion is hereby <u>denied without prejudice</u> to

renew at or before calendar call with a waiver of speedy trial signed by Valerie Enrique.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

22 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fred Haddad, Esquire

Thomas Watts-Fitzgerald, AUSA

