UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307CR-DIMITROULEAS



UNITED STATES OF AMERICA,
    Plaintiff,

vs.

VALERIE ENRIQUE, and
AIRBAGS EXPRESS, INC.
    Defendants,
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendants **MOTION FOR TWENTY DAY EXTENSION OF TIME TO FILE MOTIONS,** (DE-27) and the Court having been duly advised,

it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted.

---

---

DONE AND ORDERED in Fort Lauderdale, Florida, this 29 day of November, 2000.

                                Magistrate/District Judge

CC:  Fred Haddad, Esq.
      Thomas Watts-Fitzgerald, AUSA
      All counsel

