**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6307-CR-WPD   DATE: January 16, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Valerie Carrigue + Chibozo Cyphers

U.S. ATTORNEY: Peter Outerbridge    DEFT. COUNSEL: Ned Haddad
Thomas Watts-Fitzgerald

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn. Deft needs more time. Court resets Change of plea for Thursday

CASE CONTINUED TO: 1/18/01   TIME: 9:15   FOR: Sentencing

MISC: _____

35/89