## CRIMINAL MINUTES

FILED by ___ D.C.
JAN 1 ~ 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6307-Cr-WPD    DATE: January 18, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Valerie Enrique + Airbags Express Inc.

U.S. ATTORNEY: Peter Outerbridge for Thomas Watts-Fitzgerald    DEFT. COUNSEL: Fred Haddad

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn + questioned by the Court. Enrique is president + CEO of organization + can enter plea on behalf of Corporation. Court accepts guilty plea's to both Defts.

CASE CONTINUED TO: _____    TIME: _____    FOR: Sentencing

MISC: Written plea agreement + Addendum filed

36/89