UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

VALERIE ENRIQUE
AIRBAGS EXPRESS, INC.
    Defendants,
_____/

### ORDER

THIS CAUSE having come before the Court on the Defendants **MOTION FOR CONTINUANCE,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted. Sentencing is reset until April 6, 2001 at 11:15 A.M.

DONE AND ORDERED in Fort Lauderdale, Florida, this 26 day of January, 2001.

    _____
    District Judge
    W. P. DIMITROULEAS

CC:  Fred Haddad, Esq.
     Tom Watts-Fitzgerald, AUSA
     U.S P.O.

