**CRIMINAL MINUTES**

FILED by _____ D.C.
APR 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6307-CR-WPD   DATE: April 6, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Airbag Express, Inc.

U.S. ATTORNEY: Thomas Watts-Fitzgerald   DEFT. COUNSEL: Ned Haddad

REASON FOR HEARING: Airbag Express, Inc.

RESULT OF HEARING: Sentence Imposed!
5 years probation, $10,000 Fine $400 Assessment

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____