# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

RECEIVED

2001 APR 10 AM 11: 4

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>AIRBAGS EXPRESS, INC. | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>**Case Number: 00-6307-CR-WPD**<br>Counsel For Defendant: Fred Haddad, Esq.<br>Counsel For The United States: Thomas Watts-Fitzgerald, AUSA<br>Court Reporter: Robert Ryckoff |

**THE DEFENDANT:**

[X] pleaded guilty to count(s) ONE

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] Was found guilty on count(s) _____ after a plea of not guilty

APR 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 49 USC § 46312 | Transportation of Hazardous Materials | 11/30/1999 | One |

The defendant is sentenced as provided in pages 2 through __4__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[ ] Count(s) _____ (Is) (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **N/A**
Defendant's Date of Incorporation: **April 15, 1996**
Defendant's Federal employer ID Number: **65-0664172**

Defendant's Residence Address:
1750 NW 88th Terrace

Pembroke Pines, FL

Defendant's Mailing Address:
1750 NW 88th Terrace

Pembroke Pines, FL

**April 6, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Date April 9, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 4/9/01

uired by
ervice

James A. Tassar

S MARSHAL

SDUSM

Ed Full n&s